UNITED STATES DISTRICT COURT     SUPPRESSED     **FILED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOV 1 4 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   **4:19CR948 AGF/PLC** |
| HARVEY GAMMON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 15, 2019, in St. Charles County, within the Eastern District of Missouri,

**HARVEY GAMMON,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed one or more firearms and ammunition, and that the firearms and ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney