

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )

In Re:  0896111
Craig Alan Brand
The Brand Law Firm, P.A.
6411 S Jamaica Cir
Englewood, CO 80111-6624

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 27, 1991**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **February, 2020**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-72211

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Craig Alan Brand**, Florida Bar # **896111**, was duly admitted to practice in this Court on **August 27, 1993**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 06, 2019.

_Angela E. Noble_
Court Administrator ● Clerk of Court



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

### CRAIG ALAN BRAND

was admitted to practice in this court on
April 10, 2017
and is in good standing with no disciplinary history.

Dated: December 5, 2019

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk



# THE UNITED STATES OF AMERICA



### District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court, certify that

## Craig Alan Brand

was duly admitted and qualified to practice as an attorney in the District Court on the 10th day of April, 2017.

In testimony whereof, I sign my name and affix the seal of this court, on this 3rd day of September, 2019.

Jeffrey P. Colwell, Clerk